UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORCHARD HILL BUILDING COMPANY DBA GALLAGHER & HENRY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. 1:15-cv-06344<br>Judge John Robert Blakey |

## NOTICE OF SATISFACTION

1    By Order of this Court dated April 4, 2019 (ECF Doc. 98), Defendant United States Army Corps of Engineers (the "Corps') was required to pay the amount of $250,000.00 in attorneys' fees to Plaintiff Orchard Hill Building Company ("Orchard Hill").

2    The same Order required Plaintiff Orchard Hill to file a Notice of Satisfaction within 10 days after receipt of said payment of attorneys' fees.

3    Notice of satisfaction is hereby provided that payment in the amount of $250,000.00 was received from the Corps by Orchard Hill on May 30, 2019.

Dated: June 8, 2019
        */s/Theodore Hadzi-Antich*
        THEODORE HADZI-ANTICH
        CA Bar No. 264663
        *Pro Hac Vice*
        Texas Public Policy Foundation
        Center for the American Future
        901 Congress Avenue
        Austin, Texas 78701
        (512) 472-2700
        tha@texaspolicy.com

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 8, 2019, I electronically filed the foregoing NOTICE OF SATISFACTION with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, and all attorneys of record will be served by the CM/ECF system.

                                          */s/Theodore Hadzi-Antich*
                                          THEODORE HADZI-ANTICH